**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Kevin Lloyd STANLEY, aka Kevin Stanley, Defendant–Appellant.**

**No. 10–50206.**

United States Court of Appeals, Ninth Circuit.

Aug. 16, 2012.

Yvonne L. Garcia, Michael J. Raphael, Esquire, Mark Remy Yohalem, Esquire, Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Carlton Gunn, Esquire, Kaye McLane & Bednarski, LLP, Pasadena, CA, for Defendant–Appellant.

Before: STEPHEN S. TROTT, JAY S. BYBEE, and SANDRA S. IKUTA, Circuit Judges.

## ORDER

The Opinion filed August 2, 2011, and appearing at 653 F.3d 946 (9th Cir.2011), is withdrawn. It may not be cited as precedent by or to this court or any district court of the Ninth Circuit.

With the Opinion withdrawn, the Defendant–Appellant's petition for rehearing and suggestion for rehearing en banc is moot. The parties may file a petition for rehearing or petition for rehearing en banc regarding the Memorandum Disposition filed August 16, 2012.